**Order entered June 9, 2016**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00989-CR

**ROSICK HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-1171579-K**

## ORDER

The Court **REINSTATES** the appeal.

On May 9, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) counsel's explanation for the delay in filing appellant's brief is due to her workload; and (4) counsel anticipates filing a brief within thirty days.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/    ADA BROWN
       JUSTICE